IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 NOV 30 P 3:59

Alonzo Austin
CLAIMANT
V.
MBNA America
RESPONDENT

3:06-CV-1071-MHT
File# FA 0602006642429

## Judgement Confirming Arbitration Award

THE Petitioner; Alonzo Austin, having commenced a special proceeding pursuant to 9 U.S.C. § 9 to confirm the Award made by William H. Hardie, as arbitrator, signed and acknowledged on the Nineteen day of October 20 06 a copy of which is Annexed hereto, whereby he awarded the petitioner the Sum of ~~Nine Seventy~~ (and) Nine hundred seventy three dollars and eighty five cents. ($973.85) and directed the respondent to pay the petitioner the portion of fees and expenses advanced by the petitioner to the National Arbitration Forum for which the respondent was found Liable, plus court cost of $700.00 See Attached exhibit "B" and Agreement Exhibit "A"

Prejudgement Interest Requested.

Respectfully Submitted,
Alonzo Austin, Pro Se

Enforcement of Award
Rule 39(E)

# NATIONAL ARBITRATION FORUM

Alonzo Austin
1321 Oliver-Carlis Road
Tuskegee, AL 36083

CLAIMANT(s),

AWARD

RE:  Alonzo Austin v MBNA America
File Number: FA0602000642429

MBNA America
Law Department
1100 North King Street
Wilmington, DE 19884-0124

RESPONDENT(s).

The undersigned Arbitrator in this case FINDS and CONCLUDES:

Case Summary

1. The Claimant has filed a Claim with the National Arbitration Forum.
2. After Proof of Service of the Claim was filed with the Forum, where no Response has been filed, the Forum mailed to Respondent a Second Notice of Arbitration.
3. The Respondent has filed a Response with the Forum and served it on the Claimant.
4. An arbitration hearing notice was duly delivered to the Parties as required by the Forum Rules.
5. The Arbitrator conducted a Hearing in this case in accordance with the Forum Rules.
6. The Parties have had the opportunity to present all evidence and information to the Arbitrator.
7. The Arbitrator has reviewed all evidence submitted in this case.

Decision

1. The Arbitrator knows of no conflict of interests that exist.
2. This matter involves interstate commerce and the Federal Arbitration Act governs this arbitration.
3. The Claim was properly served on the Respondent by Claimant in accordance with Rule 6, including a Notice of Arbitration.
4. On or before 03/14/2006 the Parties entered into a valid, written agreement to arbitrate their dispute.
5. The Parties' Arbitration Agreement is valid and enforceable and governs all the issues in dispute.
6. This matter is arbitrable under the terms of the Parties' Arbitration Agreement and the law.
7. The matter has proceeded in accord with the applicable Forum Code of Procedure Rules.
8. The evidence submitted supports the issuance of this Award.
9. The applicable substantive law supports the issuance of this Award.

**Therefore, the Arbitrator ISSUES:**
An Award in favor of the Claimant, for a total amount of $973.85.

Entered and Affirmed in the State of Alabama

William H. Hardie, Esq.
Arbitrator

Date: 10/19/2006

ACKNOWLEDGEMENT AND CERTIFICATE
OF SERVICE

This Award was duly entered and the Forum hereby certifies that pursuant to the Parties' Arbitration Agreement, a copy of this Award was sent by first class mail postage prepaid to the Parties at the above referenced addresses, or their Representatives, on this date.

Honorable Harold Kalina, Ret.
Director

Date: 10/20/2006

## Certificate of Service

I, Alonzo Austin, hereby certify that I have served copies of the foregoing Documents by placing same in the United States mail postage prepaid on this 9th day of November, 2006 and addressed to

Omar McNeill
c/o Bradley Arant LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL. 35203-2119

_Alonzo Austin, pro se_

B Alonzo Austin
1321 River-Corcis Rd.
Tuskegee, AL. 36083
Ph # (334) 727-5476

# Exhibit A

*9 U.S.C. §9 (1982)*    *Austin v. MBNA America*

YOU MUST NOTIFY US WHEN YOU CHANGE YOUR ADDRESS
We strive to keep accurate records for your benefit and ours. The post office and others may notify us of a change to your address. When you change your address, you must notify us promptly of your new address.

WHAT LAW APPLIES
This Agreement is made in Delaware and we extend credit to you from Delaware. This Agreement is governed by the laws of the State of Delaware (without regard to its conflict of laws principles) and by any applicable federal laws.

THE PROVISIONS OF THIS AGREEMENT ARE SEVERABLE
If any provision of this Agreement is found to be invalid, the remaining provisions will continue to be effective.

OUR RIGHTS CONTINUE
Our failure or delay in exercising any of our rights under this Agreement does not mean that we are unable to exercise those rights later.

UNAUTHORIZED USE OF YOUR CARD
Please notify us immediately of the loss, theft, or possible unauthorized use of your account at 1-800-421-2110.    → *Exhibit A*

ARBITRATION AND LITIGATION
This *Arbitration and Litigation* provision applies to you unless you were given the opportunity to reject the *Arbitration and Litigation* provisions and you did so reject them in the manner and timeframe required. If you did reject effectively such a provision, you agreed that any litigation brought by you against us regarding this account or this Agreement shall be brought in a court located in the State of Delaware.

Any claim or dispute ("Claim") by either you or us against the other, or against the employees, agents or assigns of the other, arising from or relating in any way to this Agreement or any prior Agreement or your account (whether under a statute, in contract, tort, or otherwise and whether for money damages, penalties or declaratory or equitable relief), including Claims regarding the applicability of this *Arbitration and Litigation* Section or the validity of the entire Agreement or any prior Agreement, shall be resolved by binding arbitration.

The arbitration shall be conducted by the National Arbitration Forum ("NAF"), under the Code of Procedure in effect at the time the Claim is filed. Rules and forms of the National Arbitration Forum may be obtained and Claims may be filed at any National Arbitration Forum office, www.arb-forum.com, or P.O. Box 50191, Minneapolis, Minnesota 55405, telephone 1-800-474-2371. If the NAF is unable or unwilling to act as arbitrator, we may substitute another nationally recognized, independent arbitration organization that uses a similar code of procedure. At your written request, we will advance any arbitration filing fee, administrative and hearing fees which you are required to pay to pursue a Claim in arbitration. The arbitrator will decide who will be ultimately responsible for paying those fees. In no event will you be required to reimburse us for any arbitration filing, administrative or hearing fees in an amount greater than what your court costs would have been if the Claim had been resolved in a state court with jurisdiction. Any arbitration hearing at which you appear will take place within the federal judicial district that includes your billing address at the time the Claim is filed. This arbitration agreement is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act, 9 U.S.C. §§ 1-16 ("FAA"). Judgment upon any arbitration award may be entered in any court having jurisdiction. The arbitrator shall follow existing substantive law to the extent consistent with the FAA and applicable statutes of limitations and shall honor any claims or privilege recognized by law. If any party requests, the arbitrator shall write an opinion containing the reasons for the award.

No Claim submitted to arbitration is heard by a jury and no Claim may be brought as a class action or as a private attorney general. You do not have the right to act as a class representative or participate as a member of a class of claimants with respect to any Claim. This *Arbitration and Litigation* Section applies to all Claims now in existence or that may arise in the future.

This *Arbitration and Litigation* Section shall survive the termination of your account with us as well as any voluntary payment of the debt in full by you, any bankruptcy by you or sale of the debt by us.

For the purposes of this *Arbitration and Litigation* Section, "we" and "us" means MBNA America Bank, N.A., its parent, subsidiaries, affiliates, licensees, predecessors, successors, assigns, and any purchaser of your account, and all of their officers, directors, employees, agents and assigns or any and all of them. Additionally, "we" or "us" shall mean any third party providing benefits, services, or products in connection with the account (including but not limited to credit bureaus, merchants that accept any credit device issued under the account, rewards or enrollment services, credit insurance companies, debt collectors and all of their officers, directors, employees and agents) if, and only if, such a third party is named by you as a co-defendant in any Claim you assert against us.

If any part of this *Arbitration and Litigation* Section is found to be invalid or unenforceable under any law or statute consistent with the FAA, the remainder of this *Arbitration and Litigation* Section shall be enforceable without regard to such invalidity or unenforceability.

THE RESULT OF THIS ARBITRATION AGREEMENT IS THAT, EXCEPT AS PROVIDED ABOVE, CLAIMS CANNOT BE LITIGATED IN COURT, INCLUDING SOME CLAIMS THAT COULD HAVE BEEN TRIED BEFORE A JURY, AS CLASS ACTIONS OR AS PRIVATE ATTORNEY GENERAL ACTIONS.

# Exhibit B

Exhibit "B"

**ORIGINAL**
**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
MIDDLE DISTRICT OF ALABAMA
at _____MONTGOMERY_____

AO82 SWEDA (Rev. 4/91)

**112182**

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publication |
| 322350 | Copy Fees |
| 322360 | Miscellaneous |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution of U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Filings Spec. Acct. |
| 510100 | Registry Admin. Acct. |

000311P
000331P
000407P

CASE REFERENCE:

11/09/06

112182*#
CV FILE TREAS
086400     100.00
   ##
CIVIL FILE FEE
086900      60.00
   ##
CIVIL FILE FEE
510000     190.00
   ##
TOTAL  350.00
CASH   350.00
CHANGE   0.00
3 ITM-CT
127090B000 13:19

THIS IS A RECEIPT, NOT A BILL

RECEIVED FROM Alonzo Austen
1321 Oliver-Carlis Rd
Tuskegee AL 36083
Alonzo Austen V.
MBNA.

DEPUTY CLERK _____

954-3000

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.